UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR178-06 |
|---|---|---|
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| STEPHANIE KAY WHITENER | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Rescind the Bond entered as to Defendant, in the above-referenced matter.

FOR GOOD CAUSE SHOWN, the government's Motion to Rescind Bond is hereby GRANTED, without prejudice.

The Clerk is directed to certify copies of this order to defendant, to counsel for defendant, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation Office.

This 7th day of March, 2006.

CARL HORN, III
U.S. Magistrate Judge