UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR178-6 |
|---|---|---|
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | INDICTMENT |
| **(6) STEPHANIE KAY WHITENER** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **STEPHANIE KAY WHITENER** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

**IT IS SO ORDERED.**

Signed: October 2, 2006

Frank D. Whitney
United States District Judge